UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONNIE SABATELLI,

                        Plaintiff,                   **ORDER**

             -against-                    CV 05-3205 (ADS) (ARL)

ALLIED INTERSTATE, INC., et al.,

                        Defendants.
-----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       By letter dated August 16, 2006, the plaintiff moves to compel the defendants to disclose certain documents. Defendants oppose the application by letter dated August 17, 2006 and cross-move to compel discovery. Plaintiff opposes the cross-motion by letter dated August 18, 2006. The applications are denied with leave to renew.

       The undersigned's Individual Rules require counsel to "attempt to resolve disputes by conferring in good faith with their adversary. The court interprets good faith to be in-person contact either by telephone or in person." See Individual Practices of Magistrate Judge Arlene R. Lindsay, Rule 2 (A)(1). Here, the parties do not represent that they have conferred in good faith to resolve these issues prior to seeking judicial intervention. Rather, the defendants represent that no such attempt has been made. See Defendants' Letter dated August 17, 2006. Accordingly, the parties are directed to immediately meet and confer in good faith in an effort to resolve these discovery disputes and shall electronically file a status letter to the undersigned by August 31, 2006 in the event that they are unsuccessful.

       The parties also seek an extension of the discovery deadline. See Defendants' Letter, dated August 21, 2006. This application is granted. The discovery deadline is extended through September 23, 2006.

Dated:  Central Islip, New York           **SO ORDERED:**
          August 22, 2006

                                 _____/s/_____
                                  ARLENE R. LINDSAY
                                  United States Magistrate Judge