**The Law office of Joseph Mauro, LLC**　　　　**(631) 669-0921**
**631 Montauk highway Ste. 6**　　　　　　　　**(631) 669-5071 fax**
**west islip, NY  11795**

December 22, 2006

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
1020 Federal Plaza
Central Islip, NY 11722

**RE: Sabatelli v. Allied Interstate, Inc. et al**
　　**United States District Court (EDNY)    CV- 05 – 3205**
　　　**District Court Judge Spatt**
　　　**Magistrate Court Judge Lindsay**

Hon. Judge Spatt,

　　I am writing on behalf of myself and opposing counsel to inform the Court that the above referenced matter has been settled.

　　We are in the process of executing the necessary settlement documents and transferring the settlement funds.  The parties anticipate executing and filing a Stipulation of Dismissal within thirty days.

　　The case is currently scheduled for jury selection on January 3, 2006. I would respectfully request that the Court cancel (or adjourn) said date so as to allow the parties time to execute the final documents.


Sincerely,


Joseph Mauro

CC:  Jeffrey Ettenger, Esq.
　　　Attorney for Defendants     VIA ECF